# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154434(87)

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY
    Plaintiff,

v

MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY,
    Defendant-Appellant/
    Cross-Appellee,
and

QBE INSURANCE CORPORATION,
    Defendant/Third-Party-Plaintiff-
    Appellee/Cross-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Third-Party-Defendant,
and

SECRETARY OF STATE, WHITNEY GRAY,
MARTIN BONGERS and WILLIAM JOHNSON,
    Third-Party-Defendants.
_____/

SC: 154434
COA: 319710
Kalamazoo CC: 2012

   On order of the Chief Justice, the motion of the Michigan Association for Justice to participate as amicus curiae and file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on December 12, 2016, is accepted for filing.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk